# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| DEVONNIA HORNER<br><br>        PLAINTIFF,<br><br>v.<br><br>CHARLES WARREN AND JUDY WARREN<br><br>        DEFENDANTS | Case No. 3:23-cv-108-DPM |

## RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANTS' COUNSEL

Comes now the Defendants, Charles Warren and Judy Warren, ("Defendants"), by and through its counsel, Big Rock Legacy Law Group, Attorneys & Counselors, PLC, and for its Response to Plaintiff's Motion to Disqualify Defendants' Counsel, states:

1. Defendants admit the allegations contained in Paragraph 1.

2. Defendants deny the allegations contained in Paragraph 2.

3. Defendants admit the allegations contained in Paragraph 3.

4. Defendants admit the allegations contained in Paragraph 4.

5. Defendants deny the allegations contained in Paragraph 5 and further state that Plaintiff has provided no emails as evidence that Defense Counsel was discussing next steps or that Defense Counsel concurred that Plaintiff's allegations warranted a charge of discrimination.

6. Defendants deny the allegations contained in Paragraph 6 and further state that Defense

Counsel obtained no "confidential government information" and Plaintiff has provided no proof thereof.

7. Defendants deny the allegations contained in Paragraph 7.

8. Defendants deny the allegations contained in Paragraph 8 and further states that Plaintiff has provided no proof that Defense Counsel has or had involvement in the investigation and decision-making related to this matter.

9. Defendants deny the allegations contained in Paragraph 9.

10. Defendants deny the allegations contained in Paragraph 10.

11. Defendants state that Plaintiff failed to disclose that Defense Counsel's resigned from the position as Executive Director on March 1, 2021, well before the AFHC issued a Charge of Discrimination against Defendants.

12. Defendants state that Plaintiff failed to provide any of the alleged emails from former Executive Director Foreman where Defense Counsel was discussing next steps with the assigned Investigator and the Assistant Attorney General.

13. Defendants state that Defense Counsel never conducted the investigation nor did Defense Counsel every provide an indication that "you believe that a charge of discrimination was warranted" and Plaintiff has not provided nor has Plaintiff disclosed any of these alleged emails.

14. Defendants state that Defense Counsels conflict was due to the requirement under A.C.A. § 19-11-709(b) that restricts former employees for one-year from representation on a matter that may have been started when employed with the State.

15. Defendants state that the requirement under A.C.A. § 19-11-709(b) has been fulfilled.

16. Pursuant A.C.A. §16-40-101(a) the party holding the affirmative of an issue must produce

the evidence of it. Here the Plaintiff has made reference to several emails involving Defense Counsel but has produced not one.

WHEREFORE, the Defendants, Charles Warren and Judy Warren, respectfully requests that Plaintiff's Motion be Denied, that Defendants be awarded all fees and costs associated with this matter and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

/s/Leon Jones, Jr.
Ark. Bar No. 2007084
BIG ROCK LEGACY LAW GROUP
ATTORNEYS & COUNSELORS, PLC
815 Technology Dr., #241058
Little Rock, Arkansas 72223
(501) 604-0220
leon@brllg.com

**ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I, Leon Jones, Jr., hereby certify that the undersigned counsel was served via electronic means with a copy of this filing at the following address:

Johnathan R. Carter
Legal Aid of Arkansas
2725 Cantrell Rd., Ste. 104
Little Rock, AR 72202
(501) 972-9224, ext. 66603
jcarter@arlegalaid.org

/s/Leon Jones, Jr.
Leon Jones, Jr.