IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEVONNIA HORNER**                                                                 **PLAINTIFF**

v.                            No. 3:23-cv-108-DPM

**CHARLES WARREN and**
**JUDY WARREN**                                                                      **DEFENDANTS**

## ORDER

The Court has disqualified defense counsel. The Warrens are therefore *pro se* for the moment. Jones must provide the Warrens' contact information to the Court by 8 November 2023. The Clerk must then forward both this Order and the Court's 30 October 2023 Order to the Warrens. The Court encourages them to secure new counsel as soon as practicable.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 November 2023_