# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| DEVONNIA HORNER<br><br>       PLAINTIFF,<br>v.<br><br>CHARLES WARREN AND JUDY WARREN<br><br>       DEFENDANTS | Case No. 3:23-cv-108-DPM |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the undersigned counsel and gives notice to all concerned that the Defendants, Charles Warren and Judy Warren, have retained Marcus Devine to represent their interests in this matter, and seeks an order relieving Defendant's former counsel, Leon Jones, Jr., from any further responsibility, and substituting the undersigned as counsel for Petitioner, Kristie Smith.

                                       Respectfully submitted,

                                       /s/Leon Jones, Jr.
                                       Ark. Bar No. 2007084
                                       BIG ROCK LEGACY LAW GROUP
                                       ATTORNEYS & COUNSELORS, PLC
                                       815 Technology Dr., #241058
                                       Little Rock, Arkansas 72223
                                       (501) 604-0220
                                       leon@brllg.com

                                       **ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

       I, Leon Jones, Jr., hereby certify that the Defendant's, the undersigned counsel and substituted counsel were served via electronic means with a copy of this filing at the following address:

Charles Warren and Judy Warren
4507 Finn Rd.
Jonesboro, AR 72404
jwarren3917@gmail.com

Johnathan R. Carter
Legal Aid of Arkansas
2725 Cantrell Rd., Ste. 104
Little Rock, AR 72202
(501) 972-9224, ext. 66603
jcarter@arlegalaid.org
*Attorney for Plaintiff*

Mr. Marcus C. Devine
Marcdevine612@icloud.com
*Attorney for Defendants*

                                       /s/Leon Jones, Jr.
                                       Leon Jones, Jr.