## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEVONNIA HORNER**                                          **PLAINTIFF**

**v.**                              **No. 3:23-cv-108-DPM**

**CHARLES WARREN and**
**JUDY WARREN**                                          **DEFENDANTS**

### ORDER

I apologize to the parties, and counsel, for my tardiness in filing an Order after our October 2025 bench trial. There are reasons, but no excuse. I will be able to turn back to this case this summer. And I will do so.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2026