## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DEVONNIA HORNER**                                                      **PLAINTIFF**

**v.**                                    **No. 3:23-cv-108-DPM**

**CHARLES WARREN and**
**JUDY WARREN**                                                         **DEFENDANTS**

### JUDGMENT

Devonnia Horner shall have judgment against Charles Warren for $15,000, plus any costs and attorney's fees as allowed by law and approved by the Court on a motion filed by 24 July 2026. Post-judgment interest will accrue at 3.98% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). Horner's claims against Judy Warren are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____9 July 2026_____