**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DEVONNIA HORNER** **PLAINTIFF**

**v.** **No. 3:23-cv-108-DPM**

**CHARLES WARREN and**
**JUDY WARREN** **DEFENDANTS**

# AMENDED JUDGMENT

Devonnia Horner shall have judgment against Charles Warren for $15,000 in damages, plus a reasonable attorney's fee and costs of $22,686.82, for a total of $37,686.82. Post-judgment interest will accrue at 4.44% per annum from today until this Amended Judgment is paid in full. 28 U.S.C. § 1961(a)–(b). Horner's claims against Judy Warren are dismissed with prejudice.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

3 November 2026